# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANNE DELISLE, and ANTHONY DELISLE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COOS COUNTY FAMILY HEALTH SERVICES,<br><br>Defendant. | Civil Case No. 1:25-cv-00403-SM-TSM |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME Anne Delisle and Anthony Delisle, through undersigned counsel and file this Notice of Dismissal, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Plaintiffs have filed this Notice before the opposing party served either an answer or a motion for summary judgment, so no court order is required to dismiss this case without prejudice.

DATED: November 3, 2025

Respectfully submitted,

*/s/ Timothy Chevalier*
Timothy Chevalier, Esq. NH Bar # 18915
**CHEVALIER LEGAL SERVICES, PLLC**
2 Whitney Road, Suite 11
Concord, New Hampshire 03301
Telephone: (603) 748-2587

Israel David (*pro hac vice* forthcoming)
israel.david@davidllc.com

Adam. M. Harris (*pro hac vice* forthcoming)
adam.harris@davidllc.com
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Telephone: (212) 350-8850

Mark A. Cianci (*pro hac vice* forthcoming)
mark.cianci@davidllc.com
**ISRAEL DAVID LLC**
399 Boylston Street, Floor 6, Suite 23
Boston, MA  02116
Telephone: (617) 295-7771

*Attorneys for Plaintiffs and the Proposed Class*

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be served upon all counsel of record.

DATE: November 3, 2025          /s/ Timothy Chevalier
                                Timothy L. Chevalier, Esq.